M. S. & J. A. WORKMAN, INC., Appellant, *v.* FREIERICK W. LINCOLN et al., Copartners under the Firm Name of HENRY W. PEABODY & COMPANY, Respondents.

(Submitted November 23, 1928; decided December 31, 1928.)

*David W. Kahn* for appellant.
*Lemuel Skidmore* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.